UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW GOLDSMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIBO CORPORATION, GAOFEI WANG, and HERMAN YU,<br><br>Defendants. | Case No. 2:17-cv-04728 |
| FENG CHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEIBO CORPORATION, GAOFEI WANG, and HERMAN YU,<br><br>Defendants. | Case No. 2:17-cv-05694 |

**[PROPOSED] ORDER CONSOLIDATING RELATED CASES, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Having considered the motion of Chen Qiwei ("Mr. Qiwei") for the consolidation of related cases, appointment as Lead Plaintiff, and approval of his selection of counsel (the "Motion"), and all papers in support thereof and in opposition thereto, and oral argument, if any, and good cause appearing therefore:

1. The Motion is hereby granted;

2. The above-captioned actions are consolidated;

3. Mr. Qiwei is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995; and

4. The law firm of Levi & Korsinsky, LLP, is hereby appointed as Lead Counsel for the Class.

**IT IS SO ORDERED.**

DATED: 9/28/17

THE HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE