CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDREW GOLDSMITH,<br><br>Plaintiff,<br><br>v.<br><br>WEIBO CORPORATION, GAOFEI WANG, and HERMAN YU,<br><br>Defendants. | Civil Action No. 17-4728 (SRC)<br><br>ORDER |

**CHESLER**, District Judge

This matter having come before the Court on Defendants' motion to dismiss the Consolidated Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF 21]; and Lead Plaintiff ("Plaintiff") having opposed the motion; and the Court having considered the papers filed by the parties; and the Court proceeding to rule on the motion without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons discussed in the Opinion filed herewith;

**IT IS** on this 6th day of June, 2018,

**ORDERED** that Defendants' motion to dismiss the Consolidated Class Action Complaint [ECF 21] be and hereby is **GRANTED**; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Consolidated Class Action Complaint is **DISMISSED**; and it is further

**ORDERED** that this action is **CLOSED**.

    s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge